AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16 - 8472MJ |
| Antonio Carrizosa-Hernandez, | ) | |
| (A 205 927 293) | ) | |
| *Defendant* | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 9, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Antonio Carrizosa-Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about June 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA  Matthew Binford

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  November 10, 2016

_____
*Judge's signature*

City and state:  Phoenix, Arizona

John. Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 9, 2016, while following a lead, officers with the Phoenix ICE Mobile Criminal Alien Team (MCAT) team encountered Antonio Carrizosa-Hernandez at a Motel 6, located on North Black Canyon Highway, in Phoenix, Arizona. At the scene, MCAT Officer M. Harley interviewed Carrizosa-Hernandez and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Carrizosa-Hernandez was transported to the Phoenix ICE office for further investigation and processing. Carrizosa-Hernandez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Antonio Carrizosa-Hernandez to be a citizen of Mexico and a previously deported alien. Carrizosa-Hernandez was removed from the United States to Mexico through Calexico, California, on or about June 6, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Carrizosa-Hernandez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

1

of Homeland Security to return to the United States after his removal. Carrizosa-Hernandez's immigration history was matched to him by electronic fingerprint comparison.

4. On November 9, 2016, Antonio Carrizosa-Hernandez was advised of his constitutional rights. Carrizosa-Hernandez freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 9, 2016, Antonio Carrizosa-Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through Calexico, California, on or about June 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 10th day of November, 2016.

John Z. Boyle,
United States Magistrate Judge