FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Antonio Carrizosa-Hernandez,<br>　　　　Defendant. | CR-16-1490-PHX-DJH<br>**Mag. No. 16-08472 MJ**<br>**WAIVER OF INDICTMENT** |

　　　The above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), being advised of the nature of the charge and of his/her rights, waives in open court prosecution by indictment and consents that the matter may proceed by information instead of by indictment.

_____
ANTONIO CARRIZOSA-HERNANDEZ
Defendant

_____
MILAGROS CISNEROS
Attorney for Defendant

Date Dec. 6, 2016