JOHN S. LEONARDO
United States Attorney
District of Arizona
MATTHEW BINFORD
Assistant U.S. Attorney
Arizona State Bar No. 029019
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Binford@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Antonio Carrizosa-Hernandez,<br><br>Defendant. | CR-16-1490-PHX-DJH<br><br>Mag. No. 16-08472 MJ<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. § 1326(a)<br>(Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY CHARGES:

On or about November 9, 2016, at or near Phoenix, in the District of Arizona, ANTONIO CARRIZOSA-HERNANDEZ, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about June 6, 2016, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated this 21ST day of NOVEMBER, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

MATTHEW BINFORD
Assistant U.S. Attorney