✗ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 16-08472MJ-001-PHX-JZB |
| Plaintiff, | CR-16-1490-PHX-DJH |
| v. | **CONSENT OF DEFENDANT** |
| Antonio Carrizosa-Hernandez, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Supervised Release or Evidentiary Hearing regarding revocation (if required) before the United States Magistrate Judge.

DATED this 6th day of December, 2016.

_____
Antonio Carrizosa-Hernandez
Defendant

_____   _____
Milagros Anais Cisneros          Matthew M. Binford
Counsel for Defendant            Assistant U.S. Attorney