IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TO: UNITED STATES MARSHAL  DATE: March 6, 2017

RE: CR-16-01490-001-PHX-DJH

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant   Antonio Carrizosa-Hernandez #07333-408

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

☒ Time Served

☐ Probation

☐ Dismissal

ADDITIONAL INSTRUCTIONS:

BRIAN D. KARTH, CLERK/DCE

By: _____

L. Figueroa
Deputy Clerk

cc: USMS by CD on March 6, 2017